**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 07-6979

_____

RONALD K. BILDERBECK,

                                        Plaintiff - Appellant,

        versus

PATRICIA R. STANSBERRY; A. F. BEELER; PETER
LIBERO, Doctor; RICHARD SCHOTT; MACK BONNER,
Doctor; R. HALL, Doctor; HARRELL WATTS; MS.
PAQUARELLE; SAMUEL D. STANLEY, Doctor; K. M.
WHITE,

                                        Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Malcolm J. Howard, Senior
District Judge.  (5:06-ct-03106-H)

_____

Submitted:  November 6, 2007        Decided:  November 19, 2007

_____

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Ronald K. Bilderbeck, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald K. Bilderbeck appeals the district court's order denying relief on his complaint asserting deliberate indifference to medical needs and medical negligence pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971), and the Federal Tort Claims Act, 28 U.S.C. §§ 2671-2680 (2000).[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Bilderbeck v. Stansberry</u>, No. 5:06-ct-03106-H (E.D.N.C. Dec. 19, 2006 & Mar. 26, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*]Bilderbeck also seeks on appeal to characterize his negligence claims as state law claims over which the district court had diversity jurisdiction, but because his pleadings in the district court did not adequately assert this ground for relief we do not consider it here. We have reviewed the record and find no reversible error.